IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THOMAS DAVID STRODE, | : | |
|    Plaintiff | : | No. 1:21-cv-00291 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| DEANNA PARK, et al., | : | |
|    Defendants | : | |

## ORDER

**AND NOW**, on this 31st day of October 2022, upon consideration of the parties' cross-motions for summary judgment (Doc. Nos. 88, 89), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion for summary judgment (Doc. No. 88) is **DEEMED WITHDRAWN** for failure to file a brief in support thereof pursuant to Local Rule 7.5 of the Court's Local Rules, see M.D. Pa. L.R. 7.5;

2. Defendant Deanna Park's motion for summary judgment (Doc. No. 89) is **GRANTED**, and the Clerk of Court is directed to enter judgment in favor of Defendant Deanna Park and against Plaintiff; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania